UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                 ORDER
        v.                                      01-CR-214A

JONI STEVENS,

                Defendant.

---

       Currently before the Court is a motion filed by the government for an adjournment of oral argument presently scheduled for December 23, 2005 on defendant's objections to the Decision and Order in this action.

     The Court hereby grants the government's motion for an adjournment of oral argument for approximately 30 days. Oral argument will be held on February 16, 2006 at 9:00 a.m.

        The delay until February 16, 2006 is excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(1)(F). Further, the Court finds that the delay should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(8)(A), because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial. Such an adjournment will provide the government and defendant with an adequate opportunity to engage in plea discussions, and at the same time, is not so long as to unduly delay the public's interest in a speedy trial.

IT IS SO ORDERED.

                     /s/ Richard J. Arcara
                     HONORABLE RICHARD J. ARCARA
                     CHIEF JUDGE
                     UNITED STATES DISTRICT COURT

DATED: December   23   , 2005